Gustav J. Dohrenwend, Respondent, v. Anna Hochstim, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Richard Sichel, Respondent, v. Louisa Handelsman and Others, Appellants. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Adele P. Wenisch, as Executrix, etc., of William A. Hard, Respondent, v. Assunta Carnesale, Appellant, Impleaded with Others, Defendants.— Judgment modified by allowing $250 credit to appellant, and as so modified affirmed, with costs to appellant. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

The Grey Advertising Service, Inc., Respondent, v. Ybry Co., Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch,. P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Moneta Realty Corporation, Appellant, v. Herman Bullo and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

The People of the State of New York, Respondent, v. Frank Kraus, Michael Halupa and James Allen, Appellants.— Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Mordko Chodrow, Respondent, v. The Pullman Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Modern Security Company of Philadelphia, Respondent, v. Emaline Thwaites, Defendant, Impleaded with Harlem Mortgage Corporation and Another, Appellants.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [138 Misc. 469.]

The People of the State of New York, Respondent, v. Thomas Lynch and Others, Appellants.— Judgment modified by reducing sentence of each defendant to sixty days, and as so modified affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

George Mayer and Another, Respondents, v. Delson Holding Corporation and Others, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ. [139 Misc. 410.]

Anna Luft, Respondent, v. Nikolas Maloshowetsky, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

John J. McLaughlin, Respondent, v. James Buchanan, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within twenty days from service of order with notice of entry thereof upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.